IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION
FILED

JAN 19 2016

Clerk, U.S. District Court
District Of Montana
Great Falls

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation Number: 4614256, M12 |
| Plaintiff, | ORDER TO DISMISS |
| vs. | |
| ERIC J. WILCOX, | |
| Defendant. | |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with prejudice.

DONE AND DATED this __19__ day of __January__, 2016.

_____
HONORABLE JOHN JOHNSTON
UNITED STATES MAGISTRATE JUDGE

-1-